# HE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**COURTNEY M. HUBBARD,,**

    **Petitioner,**

    **vs-**                                    **No. 07-CV-385-DRH-PMF**

**DONALD HULICK,**

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on Respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that the Respondent's motion to dismiss is **GRANTED** and the petition for writ of habeas corpus is **DISMISSED with prejudice**. Judgment is entered in favor of Respondent **DONALD HULICK** and against Petitioner **COURTNEY M. HUBBARD**.-------------------------------------------------------------------------------------------------

                                                                       **NORBERT G. JAWORSKI, CLERK**

March 17, 2008                                            BY:   s/Patricia Brown
                                                                              Deputy Clerk

APPROVED: /s/ *David R Herndon*
                     **CHIEF JUDGE**
                     **U.S. DISTRICT JUDGE**